## STATE

v.

### Francesco ZANGRILLI.

### No. 80–206–C.A.

Supreme Court of Rhode Island.

April 2, 1981.

Dennis J. Roberts II, Atty. Gen., for plaintiff.

Francesco Zangrilli, pro se.

## ORDER

The defendant Francesco Zangrilli shall be brought before this court on Wednesday, April 22, 1981 in order that his request that he be permitted to represent himself in this appeal may be heard and decided.